UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MICHELLE WALTHALL,

                      Plaintiff,

    -against-

WYANDANCH SCHOOL DISTRICT,

                      Defendant.

-----------------------------------------------------------X

ORDER
17-CV-3137 (JFB)(AYS)

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 16 2018 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

On June 20, 2018, Magistrate Anne Y. Shields issued a Report and Recommendation (the "R&R," ECF No. 14) recommending that the Court dismiss this case with prejudice for failure to prosecute. Magistrate Judge Shields's R&R sets forth a detailed description of the history of this case, including plaintiff's repeated failures to prosecute his claims and to comply with Court orders. The Court assumes familiarity with that history, and will not repeat it here. The R&R was served on plaintiff on June 21, 2018. (ECF No. 15.) The R&R instructed that any objections to the R&R be submitted within fourteen (14) days of service of the R&R. (R&R at 4.) The date for filing any objections has thus expired, and plaintiff has not filed any objection to the R&R. For the reasons set forth below, the Court adopts the R&R in its entirety.

Where there are no objections to a report and recommendation issued by a magistrate judge, the Court may adopt the report and recommendation without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *see also Mario v. P & C Food Mkts., Inc.*, 313

F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."); cf. 28 U.S.C. § 636(b)(1)(c) *and* Fed. R. Civ. P. 72(b)(3) (requiring *de novo* review after objections). However, because the failure to file timely objections is not jurisdictional, a district judge may still excuse the failure to object in a timely manner and exercise its discretion to decide the case on the merits to, for example, prevent plain error. *See Cephas v. Nash*, 328 F.3d 98, 107 (2d Cir. 2003) ("[B]ecause the waiver rule is non jurisdictional, we 'may excuse the default in the interests of justice.'" (quoting *Thomas*, 474 U.S. at 155)).

Although plaintiff has waived any objection to the R&R and thus *de novo* review is not required, the Court has conducted a *de novo* review of the R&R in an abundance of caution. Having conducted a review of the Complaint and the applicable law, and having reviewed the R&R *de novo*, the Court adopts the findings and recommendations contained in the R&R in their entirety. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed with prejudice under Rule 41(b) as to defendant.

IT IS FURTHER ORDERED that defendant serve a copy of this Order on plaintiff. The Clerk of the Court is directed to close the case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and *in forma*

*pauperis* status is therefore denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2018
Central Islip, NY